# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAMKAUR DHILLON, | Case No. 1:23-cv-01357-ADA-SAB |
| Plaintiff, | ORDER GRANTING: STIPULATED MOTION TO STAY ACTION |
| v. | |
| UR JADDOU, et al., | ORDER VACATING SCHEDULING CONFERENCE AND REQUIRING STATUS REPORT |
| Defendants. | (ECF No. 7) |
| | **DEADLINE: MARCH 12, 2024** |

Plaintiff filed this action on September 14, 2023, alleging U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending asylum application, which he filed in May 2016. (ECF No. 1.) Currently before the Court is the parties' stipulation for a temporary abeyance of this action. (ECF No. 7.)

The stipulation describes that USCIS has scheduled Plaintiff's asylum interview for November 13, 2023; that the parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application; that USCIS will endeavor to complete the process within 120 days of the completion of the interview; and in the event USCIS reschedules the interview on Plaintiff's application, the agency will endeavor to reschedule the interview within four weeks. The Court finds good cause to grant the request.

Accordingly, good cause appearing and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1.      The stipulated motion (ECF No. 7) is GRANTED;

2.      This action is STAYED until March 12, 2024, and all matters shall be held in abeyance[1];

3.      The scheduling conference set for December 28, 2023, is VACATED, subject to resetting upon notice to the Court; and

4.      If the matter is not resolved, the parties shall file a joint status report on or before March 12, 2024, specifically addressing the need to reset the scheduling conference in this matter.

IT IS SO ORDERED.

Dated:   **October 4, 2023**

UNITED STATES MAGISTRATE JUDGE

---

[1]  While the stipulation requests this case be held in abeyance, the Court typically stays cases, and holds matters within cases in abeyance.