# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAMKAUR DHILLON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UR JADDOU, et al.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-01357-NODJ-SAB<br><br>ORDER GRANTING STIPULATED EXTENSION OF STAY<br><br>(ECF No. 10)<br><br>**DEADLINE: JULY 23, 2024** |

　　　　Plaintiff filed this action on September 14, 2023, alleging U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending asylum application, which he filed in May 2016. (ECF No. 1.) On October 4, 2023, the Court granted a stipulated stay of this action until March 12, 2024. (ECF No. 8.) On January 12, 2024, the parties filed a stipulated request to extend the stay of this action until July 23, 2024. (ECF No. 10.) The stipulation describes that USCIS scheduled Plaintiff's asylum interview for November 13, 2023, however, the interview did not proceed as scheduled, as Plaintiff did not bring an interpreter as required, and USCIS has now rescheduled Plaintiff's asylum interview for March 25, 2024. The Court finds good cause to grant the stipulated extension.

///

///

1

Accordingly, good cause appearing and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The stipulated motion to extend the stay of this action (ECF No. 10) is GRANTED;
2. This action is STAYED until July 23, 2024, and all matters shall be held in abeyance[1]; and
3. If the matter is not resolved, the parties shall file a joint status report on or before July 23, 2024.

IT IS SO ORDERED.

Dated: **January 12, 2024**

UNITED STATES MAGISTRATE JUDGE

---

[1] As the Court stated previously, while the stipulation requests this case be held in abeyance, the Court typically stays cases, and holds matters within cases in abeyance.

2